[No. 41873-4-I.   Division One.   March 1, 1999.]

*In the Matter of the Estate of* ARTHUR R. TOSH.

RITA COLLEEN WILLIS, *Appellant*, v. THE ESTATE OF
ARTHUR R. TOSH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 94-4-00246-2, Peter Jarvis, J., entered Novem-
ber 20 and December 9, 1997. *Affirmed in part* and *reversed
in part* by unpublished opinion per Ellington, J., concurred
in by Coleman and Webster, JJ.

[No. 41940-4-I.   Division One.   March 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. R.H.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-04503-9, Anthony P. Wartnik and Charles
V. Johnson, JJ., entered November 21 and December 15,
1997. *Reversed* by unpublished opinion per Kennedy, C.J.,
concurred in by Baker and Agid, JJ. Now published at 94
Wn. App. 844.

[No. 42003-8-I.   Division One.   March 1, 1999.]

HAROLD FRIEBE, SR., ET AL., *Appellants*, v. JAMES
SUPANCHECK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-22939-5, Michael Trickey, J., entered
November 19, 1997. *Reversed* by unpublished opinion per
Webster, J., concurred in by Coleman and Cox, JJ. Now
published at 98 Wn. App. 260.

[No. 42109-3-I.   Division One.   March 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GRANT ALLEN
BOURSAW, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-1-01456-0, Charles S. French, J.,
entered January 9, 1998. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Coleman and Appelwick,
JJ. Now published at 94 Wn. App. 629.